IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH A. SCHOENEMAN, | ) |
| | ) Civil Action No. 08-1677 |
| Plaintiff, | ) |
| | ) JUDGE LANCASTER |
| v. | ) |
| | ) Electronically Filed |
| SOURCE ONE TRANSPORTATION, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, upon review of Plaintiff's Motion, With Consent, for Telephonic Participation at Case Management Conference, IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiff's counsel may participate by telephone at the April 6, 2009, Case Management Conference. Counsel shall provide the Court his direct dial telephone number prior to this conference.

Date: April 3, 2009            s/Gary L. Lancaster
                               Gary L. Lancaster, J.