IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KEITH A. SCHOENEMAN, | ) | |
|---|---|---|
| | ) | Civil Action No. 08-1677 |
| Plaintiff, | ) | |
| | ) | JUDGE LANCASTER |
| v. | ) | |
| | ) | Electronically Filed |
| SOURCE ONE TRANSPORTATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date 6/15/09

Gary L. Lancaster, USDJ